HENRIETTE ADLERBLUM et al., as Executors of DAVID ADLERBLUM, Deceased, et al., Appellants and Respondents, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Respondent and Appellant.

Argued October 8, 1940; decided November 19, 1940.

*Frederick E. Weinberg* for plaintiffs, appellants and respondents.

*William B. Moose* for defendant, respondent and appellant.

*Herbert S. Ogden* and *James D. Ewing* for Equitable Life Assurance Society of the United States, *amicus curiæ.*

*Charles J. Nehrbas* and *Henry C. Moses* for Commercial Travelers Mutual Accident Association of America, *amicus curiæ.*

On appeal by plaintiffs: Appeal dismissed, with costs. On appeal by defendant: Judgment affirmed, with costs. No opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS and CONWAY, JJ. Dissenting: LEHMAN, Ch. J., and SEARS, J.